**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Taha Elanfassi, | No. CV-18-00097-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| John F Kelly, et al., | |
| Respondents. | |

Pending before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge recommending that this case be dismissed, without prejudice, as moot. (Doc. 10). No party has filed objections to the R&R.

Because no party has filed objections, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection"; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Therefore,

**IT IS ORDERED** that the R&R (Doc. 10) is accepted;

/ / /

/ / /

1     **IT IS FURTHER ORDERED** that the Petition in this case is dismissed, without prejudice, as moot and the Clerk of the Court shall enter judgment accordingly.

Dated this 22nd day of May, 2018.

*James A. Teilborg*
Senior United States District Judge